Entered on Docket
May 10, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the Court.
Signed: May 10, 2024**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Tamara Taylor Reeder,

    Debtor.

Case No. 24-40651WJL

Chapter 7

**ORDER GRANTING MOTION TO EXTEND TIME**

On May 1, 2024, pro se Debtor Tamara Taylor Reeder ("Debtor") filed a Chapter 7 Voluntary Petition. (Dkt. #1). The petition was incomplete, as it was filed without schedules and other required documents. The complete filing with schedules was due on May 15, 2024. (Dkt. #6).

On May 7, 2024, Debtor filed a motion requesting additional time to file the required schedules and other documents (the "Motion"). (Dkt. #10). Upon due consideration of the Motion, the governing law, the balance of the record, and good cause appearing, the Court HEREBY GRANTS the Debtor an extension until **May 31, 2024**, to file the missing schedules and required documents. If Debtor fails to comply with this Order, the case may be dismissed without further notice or hearing.

***END OF ORDER***

# COURT SERVICE LIST

**Tamara Taylor Reeder**

5632 Weaver Pl

Oakland, CA 94619