Certificate Number: 05781-CAN-DE-038585740

Bankruptcy Case Number: 24-40651


05781-CAN-DE-038585740

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2024, at 3:13 o'clock PM PDT, Tamara Reeder completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: June 18, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President